In the Matter of the Application of CHARLES EDWARD IRONSIDE, Petitioner, Respondent, for an Order against ORDWAY TEAD (Chairman) and Others, Composing and Constituting the Board of Higher Education of the City of New York, Appellants.— Order unanimously modified by granting an alternative order, and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of LOUIS GOLDSTEIN and Another, Petitioners, Appellants, for an Order, etc., against PAUL J. KERN, as President, and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and grant the motion.

IDA T. POZAR, Respondent, v. ANNA E. DAUM, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EMILE A. MARCHAL, Appellant, v. GEORGE A. ELLIS, JR., and Others, Defendants, Impleaded with GEORGE B. WAGSTAFF and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HOWARD A. NEWMAN, Respondent, v. LILLIAN GRACE NEWMAN, Appellant.— Order, so far as appealed from, unanimously affirmed, with leave to the defendant to answer within twenty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PETER VENIERO, Respondent, v. MICHAEL VENIERO, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NORAH T. BARRY, Respondent, v. FIRST NATIONAL BANK OF MOUNT VERNON, NEW YORK, as Administrator C. T. A., etc., of CHARLOTTE K. GEORGES, Deceased, Appellant.— Order, so far as appealed from, unanimously modified by granting item 1 of paragraph First of the notice of motion, and, as so modified, affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MAX ROTHCHILD, Respondent, to Modify, and, as Modified, to Confirm the Award Made in the Arbitration Proceedings between MAX ROTHCHILD and GLUCKMAN & STRAUCH, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

AMERICAN ELECTRIC SECURITIES CORPORATION, Respondent, v. 11 WEST 42ND STREET, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer or otherwise move within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion on the ground that the separate statement of causes of action in a complaint is a matter of legal right and not within the discretion of the court.